

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| LUIS RODRIGUEZ, | § | No. 08-18-00053-CR |
| Appellant, | § | Appeal from the |
| v. | § | 41st District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20160D00948) |
| | § | |

**O RDER**

The Court GRANTS the Court Reporter's fourth request for an extension of time within which to file the Reporter's Record until **July 28, 2018.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BECONSIDERED BY THIS COURT.

It is further ORDERED that Bertha A. Prieto, Official Court Reporter for the 41st District Court, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before **July 28, 2018.**

IT IS SO ORDERED this 18th day of July, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.